1
2
3
4
5
6
7
8              **IN THE UNITED STATES DISTRICT COURT**
9                **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| CHRISTOPHER M. JONES, | CASE NO.: 2:24-CV-03368-DJC-CKD |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR EXTENSION OF DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| AT&T INC., | |
| Defendant. | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

1 | The Court, having considered the Stipulation for Extension of Deadline for Defendant to Respond to Plaintiff's Complaint, and for good cause shown, rules as follows:

The Stipulation is GRANTED. IT IS HEREBY ORDERED that Defendant's deadline to respond to Plaintiff's Complaint is extended from December 9, 2024, to January 8, 2024.

**IT IS SO ORDERED.**

Dated: December 9, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, jone.3368.24