

**FILED**
Jan 03, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SNOWFLAKE, INC., DATA SECURITY
BREACH LITIGATION                                                                    MDL No. 3126

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −7)**

On October 4, 2024, the Panel transferred 31 civil action(s) to the United States District Court for the District of Montana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__(J.P.M.L. 2024). Since that time, 26 additional action(s) have been transferred to the District of Montana. With the consent of that court, all such actions have been assigned to the Honorable Brian Morris.

It appears that the action on this conditional transfer order (*Jones*) involves questions of fact that are common to the actions previously transferred to the District of Montana and assigned to Judge Morris. MDL No. 3126 concerns a cluster of data breaches that allegedly occurred on the Snowflake cloud platform from approximately April through June 2024 and impacted multiple Snowflake corporate clients. *See id.* In particular, "the breach of AT&T data on the Snowflake cloud, which was announced in July 2024, allegedly involves metadata for calls and texts made by AT&T cellular customers and certain others using the AT&T network from May 1, 2022 to October 31, 2022, and, for some customers, records from January 2, 2023." *See id.* n.6. The *Jones* action concerns the same alleged data breach.[1]

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Montana for the reasons stated in the order of October 4, 2024, and, with the consent of that court, assigned to the Honorable Brian Morris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Montana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 02, 2025

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Marcella R. Lockert
Acting Clerk of the Panel

UNITED STATES OF AMERICA
DISTRICT OF MONTANA } ss

I, Tyler P. Gilman, Clerk of the United States District Court for the District of Montana, hereby certify that the above and foregoing is a true copy of the original now on file in my office.
Dated this 2nd day of January 20 25
TYLER P. GILMAN, Clerk
By Athena Cobb
        Deputy

---

[1] Defendant AT&T previously noticed this action as a potential tag-along action in MDL No. 3114, In re: AT&T Inc. Customer Data Security Breach Litigation. MDL No. 3114 concerns an earlier data breach announced by AT&T in March 2024, which does not appear to be the basis of the claims in *Jones*. *See In re AT&T Inc. Customer Data Sec. Breach Litig.*, ___ F. Supp. 3d ___ (J.P.M.L. 2024).

IN RE: SNOWFLAKE, INC., DATA SECURITY  
BREACH LITIGATION                                                              MDL No. 3126

### SCHEDULE CTO−7 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 24−03368 | (PS) Jones v. AT&T Inc. |